

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-21589-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

$39,999.00 in United States currency,

    Defendant.
_____/

### DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon the Government's Declaration of Publication **(D.E. No. 13)**, filed on **October 31, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises.  The Government has completed service of process by publication and the time for filing an answer has now passed.  Accordingly, it is

**ADJUDGED** that the Court enters default against Defendant $39,999.00 in United States currency as no claimant has come forward to answer or otherwise plead to the Summons and Complaint served by Plaintiff.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th  day of November, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record